THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK EDISON COMPANY, Respondent, *v.* THE PUBLIC SERVICE COMMISSION, FIRST DISTRICT, Respondent, and ACKER, MERRALL & CONDIT COMPANY, Appellant.

*Gas and electricity — public service corporation not required to furnish " break-down service " to another who sells current in competition.*

*People ex rel. N. Y. Edison Co.* v. *Public Service Comm.*, 191 App. Div. 237, affirmed.

(Argued December 2, 1920; decided December 31, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1920, which reversed, on certiorari, an order of defendant public service commission directing relator to furnish to Acker, Merrall & Condit Company " electric current and electric service for light and power purposes to be used as a reserve, auxiliary or breakdown to a private electric or generating plant upon the premises known as No. 366 Fifth Avenue, in the Borough of Manhattan, City of New York, in the quantity and at the rate for which the Acker, Merrall & Condit Co. shall offer to enter into an agreement with The New York Edison Company in accordance with the form of agreement provided by the rate schedule of The New York Edison Company now on file with the Commission, but without, however, the inclusion therein of any restriction

as to the use of current outside of the said premises." The evidence showed that the Acker, Merrall & Condit Company had a private plant for generation of electricity and furnished current for its own use and for the use of its tenants and for others on the block in which its building was located. It desired to ·obtain from defendant what is known as "breakdown service." The Appellate Division held that relator could not be compelled to furnish such service for the purpose of sale to outside customers.

*Edwin L. Kalish* for appellant.

*Terence Farley* and *Ely Neumann* for public service commission.

*Nathan L. Miller, Henry J. Hemmens* and *Thomas H. Beardsley* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.